UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

IN RE:

    ADEL B. HAJJEM                            Case No.: 09-31651
                                                     Chapter 7

Debtor.

### TRUSTEE'S MOTION TO REJECT EXECUTORY CONTRACTS

1. Norman P. Hagemeyer is the duly appointed, qualified and acting Chapter 7 Trustee herein.

2. The Debtor operates a gas station / convenience store at 2986 Lamar Avenue, Memphis, TN 38114-5609.

3. In connection with the operation of his business, the Debtor executed two executor contracts with related companies Convenience Store Lease Agreement was expected in June 2004 with Tennessee Market Group, LLC, copy which is attached hereto as Exhibit 'A' and on December 23, 2008 executed Fuel Supply Agreement with Premier Oil Company, LLC, copy which is attached hereto as Exhibit 'B', for the provision of fuel at the store location.

4. The Convenience Store Lease Agreement and the Fuel Supply Agreement are of no value to the estate and are burdensome to the estate.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays that he be permitted to reject the Convenience Store Lease Agreement and the Fuel Supply Agreement and for such other and further relief as he may be entitled.

Dated: 11/19/09

                                                            /s/ NP Hagemeyer
                                                            Norman P. Hagemeyer
                                                            6801 Summer Avenue, Suite 106
                                                            Memphis, TN 38134

4811-2542-2597, v. 1

## CERTIFICATE OF SERVICE

I certify that I have forwarded a copy of the foregoing motion to the following this 23rd day of November, 2009, by United States mail, postage prepaid, or by e-mailing same:

U.S. Trustee
Attorney for Debtor

/s/ Norman P. Hagemeyer_____
NORMAN P. HAGEMEYER

1