**Dated: January 02, 2010**
**The following is SO ORDERED:**

_____
Paulette J. Delk
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION
_____

IN RE:

ADEL B. HAJJEM,                                CASE NO. 09-31651-PJD
                                               CHAPTER 7
Debtor.
_____

ORDER GRANTING TRUSTEE'S MOTION TO REJECT EXECUTORY
CONTRACTS
_____

On November 24, 2009, Norman P. Hagemeyer, Chapter 7 trustee herein, filed Trustee's Motion to Reject Executory Contracts ("Motion") and December 14, 2009 was set as the date by which objections, if any, should be filed, and December 22, 2009 was the date set for hearing on the motion and any objections. It appears to the Court that the Convenience Store Lease Agreement and the Fuel Supply Agreement referred to in the motion are of no value to the estate and are burdens to the estate. It now appears to

1

the Court that no such objections have been filed or have been otherwise made known to the Court, and the relief sought in the motion should be granted.

        IT IS, THEREFORE, ORDERED:

        1. The trustee's rejection of the Convenience Store Lease Agreement executed in June 2004 with Tennessee Market Group, LLC, copy of which was attached to the motion as Exhibit "A" is approved.

        2. The trustee's rejections of the Fuel Supply Agreement with Premier Oil Company, LLC, copy of which was attached as Exhibit "B" to the motion is approved.

APPROVED:

/s/ Norman P. Hagemeyer_____
NORMAN P. HAGEMEYER, Chapter 7 Trustee

Service to:

Matrix

2